**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Willie Barnhill,<br>Mohammed Hossain, and<br>Nurul Alam,<br><br>                             Plaintiffs,<br><br>     -v-<br><br>Fred Stark Estate Stark Ritaex, and<br>Rita Stark,<br><br>                         Defendants. | **Civil Action #: 15-CV-3360<br>(BMC)**<br><br><br><br>**ACCEPTANCE OF RULE 68<br><u>OFFER OF JUDGMENT</u>** |

TO:   **Bond Schoeneck & King PLLC**
       By: Mr. Richard G. Kass, Esq.
       *Counsel for all Defendant*s
       600 Third Avenue, 22nd Floor
       New York, NY 10016
       Tel: 646-253-2322
       Fax: 646-253-2301
       Email: rkass@bsk.com

     **PLEASE TAKE NOTICE** that Plaintiffs Willie Barnhill, Muhammed Hossain and Nurul Alam pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendants Fred Stark Estate Stark Ritaex, and Rita Stark, dated and served September 3, 2015 in the above-entitled action.

Dated: Queens Village, New York
      September 10, 2015

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul K. Hassan
Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiffs*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLIE BARNHILL, MOHAMMED HOSSAIN,
and NURUL ALAM,

        15 Civ. 3360 (BMC)

      Plaintiffs,

   v.         **OFFER OF JUDGMENT**

FRED STARK ESTATE and
RITA STARK,

      Defendants.
-------------------------------------------------------------------X

   Pursuant to Rule 68 of the Federal Rules of Civil procedure, the Defendants in this civil action hereby offer to allow judgment to be taken against them jointly and severally on the Complaint herein on the following terms:

   1. The Defendants shall pay to the Plaintiffs the sum of sixty thousand dollars ($60,000.00), representing full payment for all the Plaintiff's claims, including but not limited to their claims for lost income, unpaid wages, liquidated damages, penalties, and interest, and inclusive of all reasonable costs and fees (such as attorneys' fees) incurred up to the date of this offer of judgment.  The Plaintiffs may divide this sum as they see fit.  If they cannot agree, the sum is to be divided equally among the Plaintiffs.

   2. If this offer of judgment is accepted pursuant to Rule 68 and judgment is entered thereupon, the Defendants waive any appeal from said judgment.

   3. This offer of judgment is made for the purposes specified in Rule 68.  In the event this offer is not accepted, the extending of this offer is not to be construed as an admission that either or both of the Defendants are liable in this action, or that the claims of any or all of the Plaintiffs are meritorious.

4.   This offer is conditional upon its timely acceptance by all the Plaintiffs. Unless advised otherwise by Plaintiffs' counsel, the Defendants will assume that if this offer is not accepted by all the Plaintiffs, it is rejected by all of them.

Dated: New York, New York
        September 3, 2015

                                        Respectfully submitted,

                                        BOND, SCHOENECK & KING, PLLC
                                        Attorneys for Defendants


                                        _____
                                        By:    Richard G. Kass
                                               600 Third Avenue, 22nd Floor
                                               New York, New York 10016
                                               (646) 253-2322


To:     Abdul Hassan Law Group, PLLC
        215-28 Hillside Avenue
        Queens Village, New York 11427

2