**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Willie Barnhill,<br>Mohammed Hossain, and<br>Nurul Alam,<br><br>                              Plaintiffs,<br><br>        -v-<br><br>Fred Stark Estate Stark Ritaex, and<br>Rita Stark,<br><br>                              Defendants. | **Civil Action #: 15-CV-3360 (BMC)**<br><br><br>**PROOF OF SERVICE**<br>**(Acceptance-Offer of Judgment)** |

TO:  **Bond Schoeneck & King PLLC**
        By: Mr. Richard G. Kass, Esq.
        *Counsel for all Defendant*s
        600 Third Avenue, 22nd Floor
        New York, NY 10016
        Tel: 646-253-2322
        Fax: 646-253-2301
        Email: rkass@bsk.com

        I, ABDUL KARIM HASSAN, ESQ., an attorney duly admitted to practice before this

Court and a member of the Bar of the State of New York, states the following under penalty of

perjury:

1.   I am legal counsel to Plaintiffs in the above-entitled action;

2.   That on the 10th  day of September, 2015, I served plaintiffs' acceptance of defendants'
within offer of judgment, in the above-entitled action, by enclosing a true and correct copy
thereof in an envelope that was properly sealed and paid for and depositing it into the custody
and control of the United States Postal Service, within the State of New York for delivery by
First Class Priority Mail to:

TO:  **Bond Schoeneck & King PLLC**
        Mr. Richard G. Kass, Esq.
        600 Third Avenue, 22nd Floor
        New York, NY 10016

3.   I am over the age of 18 and not a party to this action.

Dated: Queens Village, New York
        September 10, 2015

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul K. Hassan_____
Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiffs*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-740-2000