```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WILLIE BARNHILL, MOHAMMED                          JUDGMENT
HOSSAIN and NURUL ALAM,                            15-CV- 3360 (BMC)

                            Plaintiffs,

        -against-

FRED STARK ESTATE STARK RITAEX
and RITA STARK,

                            Defendants.
----------------------------------------------------------X
```

A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on September 18, 2015, directing the Clerk of Court to enter judgment in favor of Plaintiffs in the amount of $60,000.00; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiffs Willie Barnhill, Mohammed Hossain and Nural Alam and against Defendants Fred Stark Estate Stark Ritaex and Rita Stark, in the amount of $60,000.00.

| | |
|---|---|
| Dated: Brooklyn, New York | Douglas C. Palmer |
|       September 18, 2015 | Clerk of Court |
| | by:  */s/ Janet Hamilton* |
| |       Deputy Clerk |