UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------X
WILLIE BARNHILL, MOHAMMED
HOSSAIN and NURUL ALAM,

AMENDED
JUDGMENT
15-CV- 3360 (BMC)

                         Plaintiffs,

     -against-

FRED STARK ESTATE and RITA STARK,

                         Defendants.
--------------------------------------------------------X

       An Amended Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on September 24, 2015, directing the Clerk of Court to enter judgment in favor of Plaintiffs in the amount of $60,000.00; it is

       ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiffs Willie Barnhill, Mohammed Hossain and Nural Alam and against Defendants Fred Stark Estate and Rita Stark, in the amount of $60,000.00.

Dated: Brooklyn, New York
       September 24, 2015

Douglas C. Palmer
Clerk of Court

by:   */s/ Janet Hamilton*
       Deputy Clerk