UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIE BARNHILL, MOHAMMED HOSSAIN,
and NURAL ALAM,

        Plaintiffs,                  15-cv-3360 (BMC)

    v.                                      **SATISFACTION OF JUDGMENT**

FRED STARK ESTATE and RITA STARK,

        Defendants.
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE, that the judgment in the above-captioned matter has been paid in full and satisfied by the Defendants

Dated: Nov 5, 2015
       Queens Village, New York

                                                _____
                                                Abdul K. Hassan, Esq. (AH6510)
                                                215-28 Hillside Avenue
                                                Queens Village, New York 11427
                                                Telephone: (718) 740-1000